BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Ref.: 07-H-174-AW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o KOBRAND CORPORATION,                         07 Civ. 8554 (JGK)

               Plaintiff,
                                                                **NOTICE OF DISMISSAL**

   -against-

M/V "WESTWIND" and "SEALAND INTEGRITY",
their engines, boilers, tackles, etc., and
HAPAG-LLOYD (AMERICA) INC.,

               Defendants.
------------------------------------------------------------X

     **PLEASE TAKE NOTICE** that the above-entitled action is hereby discontinued and that this Notice is filed pursuant to Rule 41(a)(1)(I) of the Rules of Civil Procedure for the United States District Courts, without prejudice to this matter being reopened within 30 days by letter application to the Court if settlement is not consummated.

     **NO APPEARANCE HAS BEEN FILED BY DEFENDANTS.**

Dated: Mineola, New York
       February _____, 2008

                                                 BADIAK & WILL, LLP
                                                 Attorneys for Plaintiff
                                                 FIREMAN'S FUND INSURANCE
                                                 COMPANY

                             By:_____
                                     ALFRED J. WILL (AJW-2485)
                                     106 Third Street
                                     Mineola, New York 11501
                                     (516) 877-2225
**SO ORDERED:**                           Ref.: 07-H-174-AW

_____
       U.S.D.J.