BADIAK & WILL, LLP
Attorneys for Plaintiff
106 Third Street
Mineola, New York 11501-4404
(516) 877-2225
Ref.: 07-H-174-AW

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/06/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FIREMAN'S FUND INSURANCE COMPANY
a/s/o KOBRAND CORPORATION,                              07 Civ. 8554 (JGK)

                Plaintiff,

                                          **NOTICE OF DISMISSAL**

-against-

M/V "WESTWIND" and "SEALAND INTEGRITY",
their engines, boilers, tackles, etc., and
HAPAG-LLOYD (AMERICA) INC.,

                Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that the above-entitled action is hereby discontinued and that this Notice is filed pursuant to Rule 41(a)(1)(I) of the Rules of Civil Procedure for the United States District Courts, without prejudice to this matter being reopened within 30 days by letter application to the Court if settlement is not consummated.

                **NO APPEARANCE HAS BEEN FILED BY DEFENDANTS.**

Dated: Mineola, New York
       February _____, 2008

                                                      BADIAK & WILL, LLP
                                                    Attorneys for Plaintiff
                                                    FIREMAN'S FUND INSURANCE
                                                    COMPANY
                                    By:_____
                                         ALFRED J. WILL (AJW-2485)
                                         106 Third Street
                                         Mineola, New York 11501
                                         (516) 877-2225
                                         Ref.: 07-H-174-AW

SO ORDERED:
_____
   U.S.D.J.   2/5/08